# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of June, two thousand twenty-four.

Before: Michael H. Park,
*Circuit Judge,*

---

Marina Soliman, on behalf of herself and all others similarly situated,

    Plaintiff - Appellant,

v.

Subway Franchisee Advertising Fund Trust, LTD.,

    Defendant – Appellee.

---

**ORDER**

Docket No. 22-1726

The Electronic Privacy Information Center and the National Consumer Law Center move for leave to file a brief as amici curiae in support of Appellant's petition for rehearing en banc.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court