# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of June, two thousand twenty-four.

_____

Marina Soliman, on behalf of herself and all others similarly situated,

    Plaintiff - Appellant,

v.

Subway Franchisee Advertising Fund Trust, LTD.,

    Defendant - Appellee,

Does, 1 through 20, inclusive, and each of them,

    Defendant.

_____

**ORDER**

Docket No: 22-1726

Appellant, Mariana Soliman, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk